UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
                           Plaintiff, :
: 16 Cr. 630 (LGS)
     -against- :
: <u>ORDER</u>
LEE JARMOLOSKY, :
                          Defendant. :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on February 11, 2020, a notice of case reassignment was filed on ECF (Dkt. No. 12). It is hereby

      **ORDERED** that, by **February 19, 2020**, the parties shall file a joint status letter under seal, with a courtesy copy sent to the Judge Schofield Chambers Email Inbox, detailing the status of the case, including a description of the documents that were previously filed under seal and any action required by the Court.

Dated: February 12, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**