# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 26, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application Granted.  Defendant's sentencing hearing is adjourned to **September 8, 2020 at 10:30 a.m.**  Defendant's submission shall be filed by August 17, 2020.  The Government's submission, if any, shall be filed by August 20. 2020.  The Clerk of the Court is directed to terminate the letter motion at docket number 15.

Dated: June 29, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   **United States v. Lee Jarmolowsky**
      **16 Cr. 630 (LGS)**

Dear Judge Schofield,

    I write to respectfully request an extension of the sentencing date and pre-sentence submission deadlines in the above-captioned case.  The Probation Department and Government join in this request.  Specifically, we request a 60 day adjournment of the August 4, 2020 sentencing date and the July 6, and July 9, defense and government respective submission deadlines.

    The Probation Department contacted the parties and informed us that additional time is necessary to complete the Presentence Investigation process (there was a problem with Probation being notified of the sentencing in the first instance).  Mr. Jarmolowky and counsel completed the Presentence Interview on Monday, June 22, 2020, but the report process still needs to be completed.  In addition, the defense is still collecting necessary documentation for sentencing.  The requested adjournment will enable us to complete those processes.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

cc:   Michael Neff, Assistant United States Attorney (by ECF)
      Tandis Farrence, United States Probation Officer (by email)